UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALLEN ROBERTS,<br><br>            Petitioner,<br><br>      v.<br><br>TIM J. OCHOA (WARDEN),<br><br>            Respondent. | CASE NO. CV 10-8302-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED:      April 15, 2011      .

                                            PHILIP S. GUTIERREZ
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd